**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ALPHONSE BIRD,<br><br>        Defendant. | **Case No. CR-19-14-GF-BMM**<br><br><br>**ORDER AMENDING CONDITIONS OF PRETRIAL RELEASE** |

Defendant Alphonse Bird, having filed a Motion to Amend Pretrial Release Conditions;

IT IS HEREBY ORDERED that Paragraph (q) be stricken from the Order Setting Conditions of Release . (Doc. 17).

DATED this 9th day of July, 2019.


_____
John Johnston
United States Magistrate Judge