UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR-19-14-GF-BMM |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| ALPHONSE BIRD, | |
| Defendant. | |

IT IS HEREBY ORDERED that meals and/or lodging be provided for the jurors in the above entitled case.

DATED 13th day of January, 2020.

_____
Brian Morris
United States District Court Judge