# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALPHONSE BIRD,<br><br>Defendant. | CR 19-14-GF-BMM<br><br>**JUDGMENT OF ACQUITTAL** |

This case having been tried to a jury on January 13, 2020, and in accordance with the jury verdict, **IT IS HEREBY ORDERED** that the Defendant is **ACQUITTED** of the offense of Aggravated Sexual Abuse as charged in Count 1 of the Superseding Indictment.

DATED this 15th day of January, 2020.

_____
Brian Morris
United States District Court Judge